IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WHEATLAND INDUSTRIES, LLC, a Nebraska limited liability company; | **8:20CV237** |
| Plaintiff, | |
| vs. | **ORDER** |
| JULIE SESTAK, Perkins County Treasurer; PEGGY BURTON, Perkins County Assessor;  PERKINS COUNTY SCHOOLS, VILLAGE OF MADRID NEBRASKA, MADRID CEMETERY,  EDUCATIONAL SERVICE UNIT NO. 16,  MID-PLAINS COLLEGE,  PERKINS BOARD OF EQUALIZATION, and  PERKINS COUNTY, a political subdivision in Nebraska; | |
| Defendants. | |

This matter comes before the Court on the Plaintiff's motion for Voluntary Dismissal (Filing No. 62) of parties: Julie Sestak, the Perkins County Assessor, and Peggy Burton, the Perkins County Treasurer without prejudice.  The Court being advised in the premises finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that parties Julie Sestak, the Perkins County Assessor, and Peggy Burton, the Perkins County Treasurer be dismissed without prejudice.

Dated this 15th day of October, 2020.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge