IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WHEATLAND INDUSTRIES, LLC, a Nebraska limited liability company;<br><br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>PERKINS COUNTY SCHOOLS, VILLAGE OF MADRID NEBRASKA, MADRID CEMETERY, EDUCATIONAL SERVICE UNIT NO. 16, MID-PLAINS COLLEGE, PERKINS BOARD OF EQUALIZATION, and PERKINS COUNTY, a political subdivision in Nebraska;<br><br>　　　　　Defendants. | 8:20CV237<br><br>ORDER |

　　　IT IS ORDERED that the motion to withdraw filed by Paul B. Donahue as counsel of record for Defendants Educational Service Unit No. 16 and Perkins County Schools, (Filing No. 77), is granted. Paul B. Donahue shall no longer receive electronic notice in this case.

　　　Dated this 18th day of December, 2020.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge